AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
#### Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 15 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Miguel Angel Gabriel-Dominguez | ) | Case No.   2:15mj **30** -MTP |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 15, 2015_____ in the county of _____Jones_____ in the ___Southern___ District of _____Mississippi_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(5) | Illegal Alien in Possession of a Firearm |

This criminal complaint is based on these facts:

See affidavit attched hereto and incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*
Deportation Officer

Robert Dinnen, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___October 15, 2015___

_____
*Judge's signature*

City and state: _____Hattiesburg, MS_____

Michael T. Parker, U.S. Magistrate
*Printed name and title*

## AFFIDAVIT

I, Robert M Dinnen, being first duly sworn, hereby depose and say that:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), presently assigned to the Office of Enforcement and Removal Operations, Gulfport, Mississippi (DRO/GU). I have been a Deportation Officer with ICE since 2006.

2. On October 15, 2015, in Laurel Mississippi, Immigration Enforcement Agent Robert M. Dinnen, encountered **Miguel Angel GABRIEL-Dominguez**, an illegal alien from Mexico, and asked for identification.

3. On October 15, 2015, while obtaining his documents **Miguel Angel GABRIEL-Dominguez** reached for a desk where there was a Ruger handgun in holster fully loaded along with a second loaded magazine. **Miguel Angel GABRIEL-Dominguez** was placed him under arrest and mirandized. He was asked if he had any other weapons to which he said yes and told agents it is in the closet. A Remington 30-06 rifle with scope and ammo was recovered. **Miguel Angel GABRIEL-Dominguez** admitted to buying the guns on the street and told agents how much he paid. **Miguel Angel GABRIEL-Dominguez** admitted he knew he wasn't allowed to have firearms but said it is a bad neighborhood and did not care.

4. Fingerprint query conducted in the IAFIS database positively identified **Miguel Angel GABRIEL-Dominguez**, as being a visa overstay having been arrested by border patrol on March 17, 2015, and released on 7500 bond pending his immigration hearing on March 17, 2019. His bond status does not allow for the possession of firearms.

6. Neither the Ruger nor the Remington was manufactured in the State of Mississippi, therefore travelled in and affecting interstate commerce.

5.   Based on the facts and circumstances as set forth above, your affiant believes that there is probable cause to believe that **Miguel Angel GABRIEL-Dominguez**, is an illegal alien in possession of a firearm in violation of Section 922(g)(5), Title 18, United States Code.

Robert M. Dinnen, Deportation Officer
U.S. Immigration and Customs Enforcement

Sworn and subscribed to me this the _____ 15th _____ day of October, 2015.

UNITED STATES MAGISTRATE JUDGE